IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 7:16CR57 |
| ) | |
| ) | |
| BARRY MILES ) | |

# NOTICE

The Office of the Federal Public Defender, having reviewed Mr. Miles' case and request for a reduction in sentence, hereby states:

Counsel is not aware of any authority upon which the Court could presently reduce Mr. Miles' sentence in the above-captioned case.

Respectfully Submitted,

JUVAL O. SCOTT
Federal Public Defender
  for the Western District of Virginia

CHRISTINE MADELEINE LEE
Virginia Bar No. 73565
Office of the Federal Public Defender
  for the Western District of Virginia
210 First Street SW, Suite 400
Roanoke, VA 24011
(540) 777-0880

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Office of the United States Attorney this 12th day of October, 2021.

_____
Christine Madeleine Lee